UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH DINGLER, *et al.*,  )
                           )
            Plaintiffs,    )
                           )
v.                         )   Civil Action No. 17-2232 (UNA)
                           )
JAMES HATTEN, *et al.*,    )
                           )
            Defendants.    )

FILED
NOV 14 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

It is hereby

ORDERED that the plaintiff's application for leave to proceed *in forma pauperis* [3] is DENIED WITHOUT PREJUDICE. The Court is unable to determine the plaintiff's ability to pay the filing fee based on his incomplete application and reliance on a "Dept [sic] of Labor Wage Statement" to which the plaintiff refers but does not attach to his application. It is

FURTHER ORDERED that the plaintiff's "Motion for Initial Electronic Filing of .PDFs Equal Access to the Courts Via ECF and PACER" [4] is DENIED WITHOUT PREJUDICE. If the plaintiff requests leave to file documents electronically, he must file a motion for a CM/ECF user name and password in accordance with Local Civil Rule 5.4(b)(2). It is

FURTHER ORDERED that the complaint [1] is DISMISSED WITHOUT PREJUDICE and the plaintiff's "Emergency TRO Rule 65(a) Preliminary Injunction and/or Protective Order" [2] is DENIED WITHOUT PREJUDICE. If the plaintiff wishes to proceed, his submissions must comply with Local Civil Rule 5.1. Each submission shall bear the plaintiff's original

1

signature. If the plaintiff cannot provide a full residence address as LCvR 5.1(c)(1) requires, he may file a motion for permission to use a Post Office Box as his mailing address.[1]

SO ORDERED.

_____
United States District Judge

DATE: ~~October~~ November 8, 2017

---

[1] The Court notes that the plaintiff filed a substantially similar complaint in a matter still pending before the United States District Court for the Northern District of Georgia. *See Dingler v. Hatten*, No. a:17-cv-3632 (N.D. Ga. Sept. 19, 2017).